## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE _Reyes_                           DATE : _11/02/19_

DOCKET NUMBER: _19M 1015_     LOG # : _12:22 - 12:28_

DEFENDANT'S NAME : _KOELFAT, RADESKOEGMAR_
_✓_ Present   ___ Not Present     ___ Custody   ___ Bail

DEFENSE COUNSEL: _Sally Butler_
____ Federal Defender   _✓_ CJA     ____ Retained

A.U.S.A: _MICHAEL GIBALDI_     CLERK: _____

INTERPRETER : _____     (Language) _____

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ____ probation violation

__ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.   ____ Defendant's first appearance.

____ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

_✗_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop _____

____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for _____ @ _____ before Judge _____

Other Rulings : _____

_____

_____

_____

_____