

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:DEL
F. #2019R01522

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 9, 2020

<u>By ECF and Hand Delivery</u>

The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>United States v. Koelfat & Chan a Hung</u>
      <u>Docket No. 19-CR-551 (JBW)</u>

Dear Judge Weinstein:

   I write, with consent of counsel for the defendants, to request the Court adjourn the status conference currently scheduled for January 21, 2020. I make this request because the parties have reached an agreement in principle for a disposition short of trial. The defendants have scheduled change of plea hearings before Judge Ramon E. Reyes, Jr., the assigned magistrate judge. Mr. Koelfat's change of plea hearing is scheduled for January 23, 2020, at 11:30 a.m. Ms. Chan a Hung's change of plea hearing is scheduled for January 30, 2020, at 2:30 p.m.

   At our last status conference on December 4, 2019, the Court excluded time, pursuant to the Speedy Trial Act, until January 21, 2020.  The parties now jointly request that the Court exclude time, pursuant to the Speedy Trial Act, through January 30, 2020.  The ends of justice served by such exclusion outweigh the best interests of the public and the defendants in a speedy trial because the delay will allow the parties to enter into a disposition short of trial.

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney

      By:  /s/ Devon Lash
            Devon Lash
            Assistant U.S. Attorney
            (718) 254-6014

cc:  Clerk of Court (by ECF)
    Sally Butler, Esq. for defendant Koelfat (by ECF)
    Robert Soloway, Esq. for defendant Chan a Hung (by ECF)